# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER DUSOVICH, et, al.,<br><br>　　　　　Defendants. | Case No. CV 23-02008-CJC (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　**IT IS ORDERED** that Defendants' Motion to Dismiss the Complaint is DENIED.

　　　Defendants are **ORDERED** to file an Answer to the Complaint no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: February 8, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE