**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKY DILLINGHAM,<br><br>                  Plaintiff,<br><br>         v.<br><br>ALEXANDER   DUSOVICH,   et.<br>al.,<br><br>                  Defendants. | Case No. CV 23-2008-JGB (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) Plaintiff's Motion to Amend (Dkt. No. 56) and Request for Ruling (Dkt. No. 57) is DENIED AS MOOT; and (2) Plaintiff's motion to Withdraw/Supplement (Dkt. No. 58) is DENIED.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: July 17, 2024

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE